IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| IN RE FLORIDA BALLOT ORDER STATUS LITIGATION et al. | 8:19-CV-91 <br> **JUDGMENT** |
|---|---|

Pursuant to the parties' joint report (filing 36), the motion to quash subpoena (filing 1) is denied as moot and this case is closed.

Dated this 12th day of April, 2019.

BY THE COURT:

_____
John M. Gerrard
Chief United States District Judge